IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEITH BRIAN CRUITT, #118040, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CASE NO.  2:13cv-812-WHA |
| ) | |
| STATE OF ALABAMA, et al., ) | (WO) |
| ) | |
| Respondents. ) | |

## **JUDGMENT**

In accordance with the order entered by this court on this day,

Final Judgment is rendered in favor of the Respondents and against the Petitioner, and this case is DISMISSED without prejudice.

DONE this 5th day of February, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE