IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEITH BRIAN CRUITT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:13cv812-WHA |
| | )   (WO) |
| STATE OF ALABAMA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

On February 6, 2017, the Magistrate Judge entered a Recommendation (Doc. No. 64) to which no timely objections have been filed. Based upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

(1) the Recommendation (Doc. No. 64) is ADOPTED; and

(2) this case is DISMISSED without prejudice for Plaintiff Keith Brian Cruitt's failure to file an amendment as directed by the orders of this court.

Final Judgment will be entered separately.

DONE this 28th day of February, 2017.


    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT